```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALPHA TURBINE FUND LLC, a Delaware limited liability company,

                Plaintiff,

- against -

EUROATLANTIC AIRWAYS TRANSPORTES AEROS S.A., a corporation organized under the laws of Portugal,

                Defendant.

---

**25 Civ. 2551 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Plaintiff filed a Complaint in this action on March 28, 2025. (See Dkt. No. 5.) Defendant filed an answer to the complaint on May 30, 2025. (See Dkt. No. 8.)

The parties are hereby directed to submit a joint letter within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a proposed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by this Court. A model Case

2

Management Plan is available on the Court's website: https://www.nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    5 June 2025
         New York, New York

_____
                    Victor Marrero
                       U.S.D.J.