**FARRELL FRITZ** P.C.
ATTORNEYS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/10/2025__

**Matthew D. Donovan**
Partner

Direct Dial: 646.237.1803
Direct Fax: 646.237.1813
mdonovan@farrellfritz.com

622 Third Avenue
New York, NY 10017
www.farrellfritz.com

Our File No.
41922-100

November 7, 2025

<u>**By** ECF</u>
Hon. Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 15B
New York, New York 10007

Re: *Alpha Turbine Fund LLC v. euroAtlantic Airways Transportes Aereos S.A.*
<u>Court File No.: 25-Civ. 2551 (VM)</u>

Dear Judge Marrero:

On behalf of Plaintiff and Defendant, I submit this proposed Amended Case Management Order. Counsel for both parties agree to the proposed amendments in the enclosed document, which counsel proposes are advisable given the international nature of the case and the additional complexity of taking discovery. This is the first time the parties have sought an adjournment of the dates in the Case Management Order.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*s/ Matthew D. Donovan*

Matthew D. Donovan

cc: All Counsel of Record (by ECF)

FF\50158466.1          ALBANY  |  HAUPPAUGE  |  NEW YORK  |  WATER MILL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALPHA TURBINE FUND LLC, a Delaware limited liability company,

                                        Plaintiff(s),

            - against -

EUROATLANTIC AIRWAYS TRANSPORTES AEROS S.A., a corporation organized under the laws of Portugal,

                                      Defendant(s).
-----------------------------------------------------------------X

25 Civ. 02551 (VM)

**CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

This Scheduling Order and Case Management Plan is adopted in accordance with Fed. R. Civ. P. 16-26(f).

1. This case (is)(is not) to be tried to a jury: [circle one]

2. Joinder of additional parties to be accomplished by 8/13/2025.

3. Amended pleadings may be filed without leave of the Court until 8/13/2025.

4. Initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1) to be completed within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f), specifically by not later than 7/25/2025.

5. All <u>fact</u> discovery is to be completed either:

   a. Within one hundred twenty (120) days of the date of this Order, specifically by not later than _____; or

   b. Within a period exceeding 120 days, with the Court's approval, if the case presents unique complexities or other exceptional circumstances, specifically by not later than 2/20/2026.

6. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

   a. Initial requests for production of documents to be served by 8/15/2025.

   b. Interrogatories to be served by all party by 8/15/2025.

   c. Depositions to be completed by 01/16/2026.

       i. Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

       ii. Depositions of all parties shall proceed during the same time.

       iii. Unless the parties agree or the Court so orders, non-party depositions shall follow party depositions when possible.

    d.    Any additional contemplated discovery activities and the anticipated completion date:

_____

_____

    e.    Requests to Admit to be served no later than 9/22/2025.

7.    All <u>expert</u> discovery (ordinarily conducted following the completion of fact discovery) including parties' expert reports and depositions, witness lists and identification of documents pursuant to Fed. R. Civ. P. 26(a)(2), (3) and 35(b), is to be completed by:

    a.    Plaintiff Affirmative reports by 3/6/26; Rebuttal reports by 4/17/26; expert depositions by 5/1/26.

    b.    Defendant Affirmative reports by 3/6/26; Rebuttal reports by 4/17/26; expert depositions by 5/1/26.

8.    Contemplated motions:

    a. Plaintiff: Summary Judgment

    b. Defendant: Summary Judgment

9.    Following all discovery, all counsel must meet for at least one hour to discuss settlement, such conference to be held by not later than 5/15/2026.

10.    Do all parties consent to trial by a Magistrate Judge under 28 U.S.C. § 636(c)?

    Yes _____    No X _____

--------------------------------------------------------------------

**TO BE COMPLETED BY THE COURT:**

11.    The next Case Management Conference is scheduled for _____.

In the event the case is to proceed to trial, a firm trial date and the deadline for submission of the Joint Pretrial Order and related documents shall be scheduled at the pretrial conference following either the completion of all discovery or the Court's ruling on any dispositive motion.

The Joint Pretrial Order should be prepared in accordance with Judge Marrero's Individual Practices. If this action is to be tried before a jury, proposed voir dire and jury instructions shall be filed with the Joint Pretrial Order. No motion for summary judgment shall be served after the deadline fixed for the Joint Pretrial Order.

**SO ORDERED:**

DATED:    New York, New York
                10 November 2025

                                                       VICTOR MARRERO
                                                       U.S.D.J.