**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALPHA TURBINE FUND LLC, a Delaware limited liability company,

Plaintiff,

v.

EUROATLANTIC AIRWAYS TRANSPORTES AEREOS S.A., a corporation organized under the laws of Portugal,

Defendant.

**Case No. 1:25-cv-02551-VM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/2026

**ORDER**

Based upon the Stipulation of the Parties (Dkt. No. 33),

**IT IS HEREBY ORDERED:**

1. The parties' Motions for Summary Judgment along with Memoranda of Law, Declarations, Exhibits, and other supporting documents must be filed on or before October 1, 2026;

2. Each party's Memorandum in response to the other party's Motion for Summary Judgment, along with Declarations, Exhibits, and other supporting documents must be filed on or before October 29, 2026;

3. Each party's Memorandum in reply in support of their Motions for Summary Judgment must be filed on or before November 12, 2026; and

4. All prior orders of the Court remain in full force and effect.

Dated: September 1, 2026

Victor Marrero
United States District Judge